Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Camille Hamilton Pating (SBN: 122890)
cpating@meyersnave.com
Margaret W. Rosequist (SBN: 203790)
mrosequist@meyersnave.com
Yujin Chun (SBN: 306298)
ychun@meyersnave.com
MEYERS NAVE
1999 Harrison Street, 9th Floor
Oakland, California 94612
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
SAN FRANCISCO UNIFIED SCHOOL
DISTRICT; COMMISSIONER JENNY LAM;
COMMISSIONER FAAUUGA MOLIGA;
COMMISSIONER MATT ALEXANDER;
COMMISSIONER KEVINE BOGGESS; and
COMMISSIONER MARK SANCHEZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALISON COLLINS,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, CITY AND COUNTY OF SAN FRANCISCO; SCHOOL BOARD COMMISSIONERS JENNY LAM, IN HER INDIVIDUAL CAPACITY; FAAUUGA MOLIGA IN HIS INDIVIDUAL CAPACITY; MATT ALEXANDER IN HIS INDIVIDUAL CAPACITY; KEVIN BOGGESS IN HIS INDIVIDUAL CAPACITY; AND MARK SANCHEZ IN HIS INDIVIDUAL CAPACITY AND DOES 1-50, INCLUSIVE,<br><br>        Defendants. | Case No. 3:21-cv-02272-SK<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>The Hon. Magistrate Judge Sallie Kim<br><br>Complaint Filed:      3/31/21<br>Trial Date:           None Set |

1    WHEREAS, Plaintiff Alison Collins ("Plaintiff") filed the Complaint [Dkt. 1] in this

2  Action on March 31, 2021;

3    WHEREAS, Plaintiff served the Complaint on Defendants ("Defendants") on April 2,

4  2021;

5    WHEREAS, Defendant's deadline to respond to the Complaint is currently set for April

6  23, 2021;

7    WHEREAS, the Parties agree that am extension of time to respond to the Complaint, up to

8  and including May 17, 2021, provides sufficient time without prejudicing any Party or providing

9  unfair disadvantage;

10    WHEREAS, Local Rule 6-1(a) permits the Parties to enter into this Stipulation without a

11  Court Order;

12    NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH

13  THEIR RESPECTIVE COUNSEL to the following:

14    1.    That counsel of record have the authority to enter into this Stipulation on behalf of

15  their respective clients.

16    2.    That the date for Defendant to file a responsive pleading to the Complaint shall be

17  extended to May 17, 2021.

18    **IT IS SO STIPULATED.**

19  DATED:  April 16, 2021          MEYERS NAVE

20

21
                                    By:   /s/ Deborah J. Fox
22                                        DEBORAH J. FOX
                                          Attorneys for Defendants
23                                        SAN FRANCISCO UNIFIED SCHOOL
                                          DISTRICT; COMMISSIONER JENNY LAM;
24                                        COMMISSIONER FAAUUGA MOLIGA;
                                          COMMISSIONER MATT ALEXANDER;
25                                        COMMISSIONER KEVINE BOGGESS; and
                                          COMMISSIONER MARK SANCHEZ
26

27

28

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS
TO RESPOND TO THE COMPLAINT

1  DATED:  April 16, 2021                    LAW OFFICES OF BONNER & BONNER

2

3
                                            By:   /s/ Charles A. Bonner
4                                                 _____
                                                  CHARLES A. BONNER
                                                  Attorneys for Plaintiff
5                                                 ALISON COLLINS

6

7                                **Attestation of Concurrence in the Filing**

8          The filer, Deborah J. Fox, attests that all other signatories listed on whose behalf this filing

9  is submitted concur in the filing's content and have authorized the filing.

10

11

12

13

14

15

16

17

18

19

20
   3735346.1
21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS
TO RESPOND TO THE COMPLAINT