Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Camille Hamilton Pating (SBN: 122890)
cpating@meyersnave.com
Margaret W. Rosequist (SBN: 203790)
mrosequist@meyersnave.com
Yujin Chun (SBN: 306298)
ychun@meyersnave.com
MEYERS NAVE
1999 Harrison Street, 9th Floor
Oakland, California 94612
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
SAN FRANCISCO UNIFIED SCHOOL DISTRICT; COMMISSIONER JENNY LAM; COMMISSIONER FAAUUGA MOLIGA; COMMISSIONER MATT ALEXANDER; COMMISSIONER KEVINE BOGGESS; and COMMISSIONER MARK SANCHEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ALISON COLLINS,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, CITY AND COUNTY OF SAN FRANCISCO; SCHOOL BOARD COMMISSIONERS JENNY LAM, IN HER INDIVIDUAL CAPACITY; FAAUUGA MOLIGA IN HIS INDIVIDUAL CAPACITY; MATT ALEXANDER IN HIS INDIVIDUAL CAPACITY; KEVIN BOGGESS IN HIS INDIVIDUAL CAPACITY; AND MARK SANCHEZ IN HIS INDIVIDUAL CAPACITY AND DOES 1-50, INCLUSIVE,<br><br>  Defendants. | Case No. 3:21-cv-02272-CRB<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>Date:  July 9, 2021<br>Time:  10:00 a.m.<br>Dept.:  6<br><br>The Hon. Charles R. Breyer<br><br>Complaint Filed:  March 31, 2021<br>Trial Date:  None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants San Francisco Unified School District; Commissioner Jenny Lam; Commissioner Faauuga Moliga; Commissioner Matt Alexander; Commissioner Kevine Boggess; and Commissioner Mark Sanchez ("Defendants") pursuant to Federal Rules of Evidence Rule 201, request that this Court take judicial notice of the following official public document:

**Exhibit A**     Resolution No. 213-25A1, Assertion of No-Confidence, of Special Meeting dated March 25, 2021.

Defendants respectfully submit that this Board resolution is an official public document and is proper for judicial notice as well as for consideration by this Court with the Defendants' Motion to Dismiss and Motion to Strike/anti SLAPP motion. Courts may take judicial notice of "a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *Catholic League for Religious & Civil Rights v. City & Cnty. of San Francisco*, 567 F.3d 595, 606 (9th Cir. 2009), on reh'g en banc, 624 F.3d 1043 (9th Cir. 2010) [judicial notice of county board of supervisors' actions according to its public resolution]; *Elena Selk v. Pioneers Mem'l Healthcare Dist.*, No. 13CV0244 DMS (BGS), 2014 WL 12729166, at *2 (S.D. Cal. Apr. 7, 2014) [taking judicial notice of date entity was established according to board of supervisors' resolution]; *Merced Irrigation Dist. v. Cnty. of Mariposa*, 941 F. Supp. 2d 1237, 1261–62 (E.D.Cal. 2013) [taking judicial notice of Board of Supervisors' resolution as matter of public record]; and *U.S. ex rel. Modglin v. DJO Global Inc.*, 48 F. Supp. 3d 1362, 1381 (C.D. Cal. 2014) ["Under Rule 201, the court can take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet,' such as websites run by governmental agencies."].

/ / /

/ / /

1   Board Resolution No. 213-25A1 is a publicly available record whose authenticity is
2  not reasonably questionable.  As a result, the Defendants ask that this Court take judicial
3  notice of this adopted Board resolution.
4
5  DATED:  May 17, 2021               MEYERS NAVE
6
7
                                      By:      /s/ Deborah J. Fox
8                                         DEBORAH J. FOX
                                          Attorneys for Defendants
9                                         SAN FRANCISCO UNIFIED SCHOOL
10                                        DISTRICT; COMMISSIONER JENNY LAM;
                                          COMMISSIONER FAAUUGA MOLIGA;
11                                        COMMISSIONER MATT ALEXANDER;
12                                        COMMISSIONER KEVINE BOGGESS; and
                                          COMMISSIONER MARK SANCHEZ
13  3758726.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

*For Adoption on Suspension of the Rules at First Reading*

**Subject:  Resolution No. 213-25A1**
           **Assertion of No-Confidence**
             - Commissioners Jenny Lam and Faauuga Moliga

**WHEREAS**: Elected officials are community leaders, and students and their families look to them for guidance; and

**WHEREAS:** The inflammatory statements made by Commissioner Collins towards the Asian American community in 2016 perpetuate gross and harmful stereotypes and leave no room for nuance or potential misunderstanding; and,

**WHEREAS:** Our relationship with elected officials must be predicated on mutual respect, and when our elected officials falter, we are faced with the difficult decision of how to hold them accountable; and

**WHEREAS:** When the social media comments resurfaced, what mattered most was that she, as a leader and elected official, accept responsibility and atone for the trauma inflicted on the community by her words; and

**WHEREAS:** Although Commissioner Collins has acknowledged that her words may have caused pain, her public statements to-date have fallen short of sincere recognition of the harm she has caused and Vice President Collins does not seem to take meaningful responsibility for her actions.

**THEREFORE BE IT RESOLVED:** That on behalf of the 54,000 thousands of students in the San Francisco Unified School District, the Senior Administrative Staff, the elected officials representing all levels of San Francisco government who have requested that Commissioner Collins resign, the Commissioners of the San Francisco Board of Education have lost confidence in Commissioner Collins and her ability to focus on the pressing needs of the district at this time; and

**FURTHER BE IT RESOLVED:** That should Commissioner Collins not resign, the San Francisco Board of Education moves to remove her from her leadership position as Vice President and from all committees of the San Francisco Board of Education for the duration of her term; and

**BE IT FURTHER RESOLVED:** That the focus of the San Francisco Board of Education is the equitable re-opening of schools for our students, the health and safety of our faculty, staff, administrators, students, and families, and ensuring the financial stability of the district.

Special Meeting
3/25/21

1