Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Camille Hamilton Pating (SBN: 122890)
cpating@meyersnave.com
Margaret W. Rosequist (SBN: 203790)
mrosequist@meyersnave.com
Yujin Chun (SBN: 306298)
ychun@meyersnave.com
MEYERS NAVE
1999 Harrison Street, 9th Floor
Oakland, California 94612
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
SAN FRANCISCO UNIFIED SCHOOL DISTRICT; COMMISSIONER JENNY LAM; COMMISSIONER FAAUUGA MOLIGA; COMMISSIONER MATT ALEXANDER; COMMISSIONER KEVINE BOGGESS; and COMMISSIONER MARK SANCHEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ALISON COLLINS,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, CITY AND COUNTY OF SAN FRANCISCO; SCHOOL BOARD COMMISSIONERS JENNY LAM, IN HER INDIVIDUAL CAPACITY; FAAUUGA MOLIGA IN HIS INDIVIDUAL CAPACITY; MATT ALEXANDER IN HIS INDIVIDUAL CAPACITY; KEVIN BOGGESS IN HIS INDIVIDUAL CAPACITY; AND MARK SANCHEZ IN HIS INDIVIDUAL CAPACITY AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No. 3:21-cv-02272-CRB<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PARTIES**<br><br>Date:    July 9, 2021<br>Time:   10:00 a.m.<br>Crtrm.: 6<br><br>The Hon. Charles R. Breyer<br><br>Complaint Filed:  March 31, 2021<br>Trial Date:         None Set |

Pursuant to Civil L.R. 3-15, the undersigned certifies that: (1) Defendant San Francisco Unified School District is a governmental entity, and therefore L.R. 3-15 does not apply to it; and (2) on behalf of Defendants Commissioner Jenny Lam; Commissioner Faauuga Moliga; Commissioner Matt Alexander; Commissioner Kevine Boggess; and Commissioner Mark Sanchez, as of this date, other than the named parties, there is no such interest to report.

DATED: May 17, 2021                MEYERS NAVE

By:     /s/ Deborah J. Fox
DEBORAH J. FOX
Attorneys for Defendants
SAN FRANCISCO UNIFIED SCHOOL DISTRICT; COMMISSIONER JENNY LAM; COMMISSIONER FAAUUGA MOLIGA; COMMISSIONER MATT ALEXANDER; COMMISSIONER KEVINE BOGGESS; and COMMISSIONER MARK SANCHEZ

3766904.