|   |   |
|---|---|
| 1 | Deborah J. Fox (SBN: 110929) |
|   | dfox@meyersnave.com |
| 2 | Camille Hamilton Pating (SBN: 122890) |
|   | cpating@meyersnave.com |
| 3 | Margaret W. Rosequist (SBN: 203790) |
|   | mrosequist@meyersnave.com |
| 4 | Yujin Chun (SBN: 306298) |
|   | ychun@meyersnave.com |
| 5 | MEYERS NAVE |
|   | 1999 Harrison Street, 9th Floor |
| 6 | Oakland, California 94612 |
|   | Telephone: (510) 808-2000 |
| 7 | Facsimile: (510) 444-1108 |
| 8 | Attorneys for Defendants |
|   | SAN FRANCISCO UNIFIED SCHOOL |
| 9 | DISTRICT; COMMISSIONER JENNY |
|   | LAM; COMMISSIONER FAAUUGA |
| 10 | MOLIGA; COMMISSIONER MATT |
|   | ALEXANDER; COMMISSIONER KEVINE |
| 11 | BOGGESS; and COMMISSIONER MARK |
|   | SANCHEZ |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ALISON COLLINS,<br><br>      Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, CITY AND COUNTY OF SAN FRANCISCO; SCHOOL BOARD COMMISSIONERS JENNY LAM, IN HER INDIVIDUAL CAPACITY; FAAUUGA MOLIGA IN HIS INDIVIDUAL CAPACITY; MATT ALEXANDER IN HIS INDIVIDUAL CAPACITY; KEVIN BOGGESS IN HIS INDIVIDUAL CAPACITY; AND MARK SANCHEZ IN HIS INDIVIDUAL CAPACITY AND DOES 1-50, INCLUSIVE,<br><br>      Defendants. | Case No. 3:21-cv-02272-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Date:    July 9, 2021<br>Time:   10:00 a.m.<br>Dept.:  6<br><br>The Hon. Charles R. Breyer<br><br>Complaint Filed:  March 31, 2021<br>Trial Date:          None Set |

**ORDER**

Defendants SAN FRANCISCO UNIFIED SCHOOL DISTRICT; COMMISSIONER JENNY LAM; COMMISSIONER FAAUUGA MOLIGA; COMMISSIONER MATT ALEXANDER; COMMISSIONER KEVINE BOGGESS; and COMMISSIONER MARK SANCHEZ ("Defendants") Motion to Dismiss against Plaintiff ALISON COLLINS ("Plaintiffs") came on regularly for hearing on July 9, 2021 at 10:00 a.m. in Courtroom 6 of the United States District Court for the Northern District of California, the Honorable Charles R. Breyer presiding.

The Court, having reviewed and considered the moving papers, and having heard the arguments of counsel, and good cause appearing therefore, hereby rules as follows:

The Court finds that Plaintiff's Complaint fails to state a claim as a matter of law and that the Court lacks jurisdiction over the claims in the Complaint. Accordingly, Defendants' Motion to Dismiss is hereby GRANTED pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. Proc. § 12(b)(1) and (6). Plaintiff's Complaint is DISMISSED in full with prejudice.

**IT IS SO ORDERED.**

Dated:

DISTRICT JUDGE CHARLES R. BREYER

3746655.