# EXHIBIT A

*For Adoption on Suspension of the Rules at First Reading*

**Subject:  Resolution No. 213-25A1**
            **Assertion of No-Confidence**
   - Commissioners Jenny Lam and Faauuga Moliga

**WHEREAS**: Elected officials are community leaders, and students and their families look to them for guidance; and

**WHEREAS:** The inflammatory statements made by Commissioner Collins towards the Asian American community in 2016 perpetuate gross and harmful stereotypes and leave no room for nuance or potential misunderstanding; and,

**WHEREAS:** Our relationship with elected officials must be predicated on mutual respect, and when our elected officials falter, we are faced with the difficult decision of how to hold them accountable; and

**WHEREAS:** When the social media comments resurfaced, what mattered most was that she, as a leader and elected official, accept responsibility and atone for the trauma inflicted on the community by her words; and

**WHEREAS:** Although Commissioner Collins has acknowledged that her words may have caused pain, her public statements to-date have fallen short of sincere recognition of the harm she has caused and Vice President Collins does not seem to take meaningful responsibility for her actions.

**THEREFORE BE IT RESOLVED:** That on behalf of the 54,000 thousands of students in the San Francisco Unified School District, the Senior Administrative Staff, the elected officials representing all levels of San Francisco government who have requested that Commissioner Collins resign, the Commissioners of the San Francisco Board of Education have lost confidence in Commissioner Collins and her ability to focus on the pressing needs of the district at this time; and

**FURTHER BE IT RESOLVED:** That should Commissioner Collins not resign, the San Francisco Board of Education moves to remove her from her leadership position as Vice President and from all committees of the San Francisco Board of Education for the duration of her term; and

**BE IT FURTHER RESOLVED:** That the focus of the San Francisco Board of Education is the equitable re-opening of schools for our students, the health and safety of our faculty, staff, administrators, students, and families, and ensuring the financial stability of the district.

Special Meeting
3/25/21