Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Camille Hamilton Pating (SBN: 122890)
cpating@meyersnave.com
Margaret W. Rosequist (SBN: 203790)
mrosequist@meyersnave.com
Yujin Chun (SBN: 306298)
ychun@meyersnave.com
MEYERS NAVE
1999 Harrison Street, 9th Floor
Oakland, California 94612
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
SAN FRANCISCO UNIFIED SCHOOL DISTRICT; COMMISSIONER JENNY LAM; COMMISSIONER FAAUUGA MOLIGA; COMMISSIONER MATT ALEXANDER; COMMISSIONER KEVINE BOGGESS; and COMMISSIONER MARK SANCHEZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ALISON COLLINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, CITY AND COUNTY OF SAN FRANCISCO; SCHOOL BOARD COMMISSIONERS JENNY LAM, IN HER INDIVIDUAL CAPACITY; FAAUUGA MOLIGA IN HIS INDIVIDUAL CAPACITY; MATT ALEXANDER IN HIS INDIVIDUAL CAPACITY; KEVIN BOGGESS IN HIS INDIVIDUAL CAPACITY; AND MARK SANCHEZ IN HIS INDIVIDUAL CAPACITY AND DOES 1-50, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 4:21-cv-02272-HSG<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**<br><br>Date:　　August 19, 2021<br>Time:　　2:00 p.m.<br>Courtroom 2, 4th Floor<br><br>The Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed:　March 31, 2021<br>Trial Date:　　　None Set |

## STIPULATION

The Parties, by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, on May 17, 2021, Defendants SAN FRANCISCO UNIFIED SCHOOL DISTRICT; COMMISSIONER JENNY LAM; COMMISSIONER FAAUUGA MOLIGA; COMMISSIONER MATT ALEXANDER; COMMISSIONER KEVINE BOGGESS; and COMMISSIONER MARK SANCHEZ (Defendants") timely filed and served their Motion to Dismiss and Motion to Strike ("Motions");

WHEREAS on May 26, 2021 Plaintiff's filed an Application And Motion For Order Directing Defendants To Show Cause Why A Preliminary Injunction Should Not Issue Restoring Plaintiff To Her Position As Vice President Of The San Francisco Unified School District Board And To Her Committee Appointments ("Preliminary Injunction Motion");

WHEREAS Defendants have re-noticed their Motions to be heard on August 19, 2021;

WHEREAS Plaintiff has also re-noticed her Preliminary Injunction Motion to be heard on August 19, 2021;

WHEREAS, Plaintiff's counsel and Defendants' counsel agreed to modify the briefing schedule as follows;

1. Plaintiff's Oppositions to Defendants' Motions will be due June 18, 2021;
2. Defendants' Opposition to Plaintiff's Preliminary Injunction Motion will be due on June 18, 2021;
3. Defendants' Replies to Plaintiff's Oppositions to Defendants' Motions will be due July 23, 2021;
4. Plaintiff's Reply to Defendants' Opposition to Plaintiff's Preliminary Injunction Motion will be due on July 23, 2021

IT IS SO STIPULATED.

1 | DATED: May 28, 2021     MEYERS NAVE

By:    /s/ Deborah J. Fox
DEBORAH J. FOX
Attorneys for Defendants
SAN FRANCISCO UNIFIED SCHOOL DISTRICT; COMMISSIONER JENNY LAM; COMMISSIONER FAAUUGA MOLIGA; COMMISSIONER MATT ALEXANDER; COMMISSIONER KEVINE BOGGESS; and COMMISSIONER MARK SANCHEZ

DATED: May 28, 2021     LAW OFFICES OF BONNER & BONNER

By:    /s/ Charles A. Bonner
CHARLES A. BONNER
Attorney for Plaintiff
ALISON COLLINS

**ORDER**

The Court has reviewed and considered the Stipulation submitted by all Parties to this action.

For good cause appearing, the Court hereby rules:

The Stipulation is SO ORDERED.

DATED: 6/1/2021

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD GILLIAM, JR.

3773624.1