# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON COLLINS<br><br>                          Plaintiff(s)<br>v.<br><br>SFUSD, et al.<br><br>                          Defendant(s) | CASE No C 4:21-cv-02272-HSG<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 07/29/21    _Danielle Houck, General Counsel_    Party

Date: 07/29/21    _Deborah J. Fox_    Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 07/29/21    _Deborah J. Fox_    Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

Form ADR-Cert rev. 1-15-2019

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2021, I electronically filed the foregoing **ADR Certification by Parties and Counsel** with the Clerk of the Court using the CM/ECF system.

I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_____
Gabrielle Duran