CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF**
**BONNER & BONNER**
475 GATE FIVE ROAD, SUITE 211
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

Howard Moore, Jr., Esq. (SBN 55228)
**MOORE & MOORE**
1569 Solano Avenue, #204
Berkeley, CA 94707
Tel: (510) 542-7172 / Fax: (510) 528-3024
Email: moorlaw@aol.com

David C. Anderson
**LAW OFFICES OF DAVID C. ANDERSON**
591 Redwood Hwy., Bldg. 4000
Mill Valley, CA 94941-3039
Phone: (415) 395-9898
Facsimile: (415) 395-9839
Email: cynthia@dcandersonlaw.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ALISON COLLINS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No.: **4:21-cv-02272-HSG**<br><br>**PLAINTIFF ALISON COLLINS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

NOW COME THE PLAINTIFF, by and through her attorneys of record, and hereby gives notice of her voluntary dismissal without prejudice of all claims asserted against all Defendants (including SAN FRANCISCO UNIFIED SCHOOL DISTRICT, CITY AND COUNTY OF SAN FRANCISCO; SCHOOL BOARD COMMISSIONERS Jenny Lam, In Her Individual Capacity; Faauuga Moliga In His Individual Capacity; Matt Alexander In His Individual Capacity; Kevin Boggess In His Individual Capacity; AND Mark Sanchez In His Individual Capacity and DOES 1-50, inclusive and DOES 1 to 100,) pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i).  Defendants have served neither an answer nor a summary judgment in this matter.

**Dated: August 7, 2021**                              RESPECTFULLY SUBMITTED,


By: /S/*Charles A. Bonner*
ATTORNEY FOR PLANTIFFS

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
4:21-cv-02272-HSG